THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK v. EVA DOLLINGER and Others, Impleaded with 1069 PARK AVENUE COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

PAUL KAPLAN v. D. & A. BUILDING CORPORATION and Others, Impleaded with GUSTAVE HALPERN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SAM KAPLAN, Individually and as President, etc., v. WILLIAM C. ELLIOTT, Individually and as President, etc., and SAMUEL M. SIMON and Others. SAMUEL I. ROSENMAN, GEORGE W. ALGER and PHILIP J. DUNN, Receivers, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EDWARD J. QUINTAL and Others v. GILBERT W. KELLNER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

UNION CAR ADVERTISING CO., INC., v. BARRON G. COLLIER and Others.— Motion for leave to appeal to the Court of Appeals granted. Motion for a stay granted upon appellants' filing the undertakings required by sections 593 and 594 of the Civil Practice Act; in other respects said motion denied. Present — Finch, P. J., Merrell, O'Malley and Glennon, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK by FRANCIS STODDARD, JR., as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY. Re Claim of THE EQUITABLE TRUST COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

MARY DANA v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of LOUISE DE R. CAMPBELL v. WALTER C. B. SCHLESINGER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LOUIS WITTERT VAN HOOGLAND v. HARRY I. RICE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.